VALERIE I. ZULAUF, as Administratrix of the Estate of WILLIAM J. PELTIER, JR., Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 1.) (Claim No. 62853.) 

 Present — Dillon, P. J., Callahan, Denman, Green and Schnepp, JJ. [119 Misc 2d 135.]

ALICE L. SABIN, as Administratrix of the Estate of BLANCHE I. PELTIER, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 2.) (Claim No. 62900.) 

 Present — Dillon, P. J., Callahan, Denman, Green and Schnepp, JJ. [119 Misc 2d 135.]

RONALD BARATIER et al., as Coexecutors of LOUISE C. BARATIER, Deceased, Respondents, v STATE OF NEW YORK, Appellant. (Appeal No. 3.) (Claim No. 63333.) 

 Present — Dillon, P. J., Callahan, Denman, Green and Schnepp, JJ. [119 Misc 2d 135.]